**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-60828-CV-WILLIAMS**
**(CASE NO. 15-62175-CV-WILLIAMS)**
**(CASE NO. 98-6128-CR-WILLIAMS)**

ROBERT MARVIN HARRIS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendations (DE 7) ("Report") regarding Plaintiff's pro se Motion to Vacate, Set Aside, or Correct a Sentence, pursuant to 28 U.S.C. § 2255. (DE 1). Plaintiff filed objections to the Report (DE 9), and the Government filed a response (DE 12). Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 7) are **AFFIRMED AND ADOPTED**.

For the reasons set forth in the Report:

1. The Motion (DE 1) is **DENIED**, and this case is **DISMISSED** without prejudice.
2. All pending motions are **DENIED AS MOOT**.
3. A certificate of appealability shall not issue.
4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>18th</u> day of May, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC: **Robert Marvin Harris**
54630-004
Coleman I-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1033
Coleman, FL 33521
PRO SE